IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeffrey Miller, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv356 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Jeff Knauer, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 29, 2014 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 18, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is **DISMISSED** for want of prosecution and for failure to obey an Order of the Court.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court